UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LINDA K. NYBERG,**

 **Plaintiff,**

v.              Case No.  8:07-cv-1553-T-30TGW

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,**

 **Defendant.**
_____/

**O R D E R**

  The Court has been advised via a Notice of Voluntary Dismissal (Dkt. #23) filed in the underlying state court case that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

  **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within *sixty (60) days* of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs.  **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.**  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

  **DONE** and **ORDERED** in Tampa, Florida on June 18, 2008.

              JAMES S. MOODY, JR.
              UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1553.dismissal.wpd